```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF ALABAMA
                      SOUTHERN DIVISION
```

| | |
|---|---|
| **KENNETH P. HARDEN,** | * |
| | * |
|     **Plaintiff,** | * |
| | * |
| vs. | *   CIVIL ACTION NO. 23-00277-B |
| | * |
| **MARTIN O'MALLEY,** | * |
| **Commissioner of Social** | * |
| **Security,** | * |
| | * |
|     **Defendant.** | * |

## JUDGMENT

In accordance with the Order entered on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that the decision of the Commissioner of Social Security denying Plaintiff's claim for a period of disability and disability insurance benefits be **AFFIRMED.**

    **DONE** this **25th** day of **March, 2024.**

                                                      **/s/ SONJA F. BIVINS**
                                                **UNITED STATES MAGISTRATE JUDGE**